IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TYSCON COLEMAN,  )
         Plaintiff,  )
           )    C.A. No. 15-244 Erie
           )
         v.  )
           )
DEPUTY SUPERINTENDENT TICE,  )
et al,  )
         Defendants.  )

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on October 5, 2015 and was referred to the undersigned, then a United States Magistrate Judge, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. On August 4, 2017, Defendants filed a motion for summary judgment [ECF No. 50], to which Plaintiff filed a response on September 25, 2017 [ECF No. 57].

On September 14, 2018, the undersigned was sworn in as a United States District Judge. This action was reassigned to the undersigned, as presiding judge, on September 17, 2018, and was subsequently assigned to United States Magistrate Judge Richard A. Lanzillo for all pretrial proceedings on September 27, 2018.

On October 10, 2018, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment be granted. [ECF No. 64]. On October 24, 2018, Plaintiff filed Objections to the R&R [ECF No. 65], in which he essentially reiterates the same arguments raised in his brief in opposition to

Defendants' motion for summary judgment.

After de novo review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 1st day of November, 2018;

IT IS HEREBY ORDERED that Defendants' motion for summary judgment [ECF No. 50] is GRANTED, and judgment is hereby entered in favor of Defendants and against Plaintiff on all claims in this case. The report and recommendation of Magistrate Judge Lanzillo, issued October 10, 2018 [ECF No. 64], is adopted as the opinion of the court.

_____
SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
U.S. Magistrate Judge